# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLUS ECHOLS | Criminal Docket No.<br>1:24-cr-00329-SDG-1 |

## ORDER

The following individual has been approved for participation in RISE, the Court's accountability court program for defendants currently on supervised release: Tylus Echols, 1:24-cr-00329-SDG-1.

Since this case is already assigned to Judge Steven D. Grimberg, no reassignment is necessary. The Clerk is **DIRECTED** to open a Reentry Court (RC) administrative case for the defendant identified above.

**IT IS SO ORDERED** this 23rd day of January, 2026.

_____
Leigh Martin May
Chief United States District Judge